COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Hon. James David Caldwell
Attorney General
P. O. Box 94005
Baton Rouge LA 70804-9005

Terri R. Lacy
Assistant Attorney General
P. O. Box 94005
Baton Rouge LA 70804-9005

**REHEARING ACTION: April 14, 2010**

**Docket Number: 09   01452-KW**

**STATE OF LOUISIANA
VERSUS
THOMAS N. SALZANO**

**Writ Application from Calcasieu Parish Case No. 6742-09**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**DENIED.**
Gremillion, J., would grant the rehearing.

cc: Glen Richard Petersen, Counsel for the Applicant
    Michael Reese Davis, Counsel for the Applicant